**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1766**

---

In re: KAMANI STANLEY SHAQUR JOHNSON, I, a/k/a Komma, a/k/a Kazz,

Petitioner.

---

On Petition for Writ of Prohibition to the United States District Court for the Eastern District of Virginia, at Newport News.  (4:23-cr-00054-AWA-DEM-32)

---

Submitted:  August 28, 2025                    Decided:  September 3, 2025

---

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Kamani Stanley Shaqur Johnson, I, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kamani Stanley Shaqur Johnson petitions for a writ of prohibition, asking this court to prohibit the district court from exercising jurisdiction over his criminal charges. We conclude that Johnson is not entitled to the relief he seeks. "[A] writ of prohibition is a drastic and extraordinary remedy which should be granted only when the petitioner has shown [that] his right to the writ [is] clear and undisputable[,] . . . that the actions of the court were a clear abuse of discretion," *In re Vargas*, 723 F.2d 1461, 1468 (10th Cir. 1983), and that he has "no other adequate means to attain the desired relief," *In re Sch. Asbestos Litig.*, 921 F.2d 1310, 1314 (3d Cir. 1990) (citation modified). A writ of prohibition may not be used as a substitute for appeal. *In re Vargas*, 723 F.2d at 1468; *see United States v. Foster*, 296 F.2d 249, 251 (4th Cir. 1961). The relief sought by Johnson is not available by way of a writ of prohibition.

Accordingly, we deny Johnson's petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2